Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2100
pagoldstein@mcguirewoods.com

*Attorneys for Defendant Capital One, N.A. d/b/a Capital One Auto Finance*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

| | | |
|---|---|---|
| ERIKA HERRERA, | : | Case No. 1:21-cv-4943 |
| | : | |
| Plaintiff, | : | (Removed from the Supreme |
| | : | Court of the State of New |
| v. | : | York, County of Queens, Case |
| | : | No. 713716/2021) |
| HILLSIDE AUTO MALL INC. dba HILLSIDE | : | |
| AUTO OUTLET, LIBERTY AUTOLAND INC., and | : | |
| CAPITAL ONE AUTO FINANCE, INC. a division of | : | **DEFENDANT CAPITAL** |
| CAPITAL ONE, N.A., | : | **ONE, N.A. d/b/a CAPITAL** |
| | : | **ONE AUTO FINANCE'S** |
| Defendants. | : | **LOCAL CIVIL RULE 7.1.1** |
| | : | **DISCLOSURE STATEMENT** |
| | : | |

------------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges to evaluate possible disqualification or recusal, Defendant Capital One, N.A. d/b/a Capital One Auto Finance ("Capital One"), improperly named in the Complaint as "Capital One Auto Finance, Inc. a division of Capital One, N.A."[1] by its undersigned counsel, hereby makes the following disclosure:

Capital One, N.A. is a wholly-owned subsidiary of Capital One Financial Corporation, which is a publically traded corporation. Capital One Financial Corporation owns 10% or more of Capital One, N.A.'s stock. No other publicly held corporation owns 10% or more of Capital One,

---

[1] Capital One Auto Finance, Inc. is not an actual entity.  Rather, Capital One Auto Finance is a "doing business as" moniker for defendant Capital One, N.A.

1

N.A.'s stock. Capital One Financial Corporation has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock.

Dated: New York, New York
September 1, 2021

**McGUIREWOODS LLP**

 /s/ *Philip A. Goldstein*
Philip A. Goldstein
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Telephone: 212-548-2100
Fax: (212) 548-2150
pagoldstein@mcguirewoods.com

*Attorneys for Defendant Capital One*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2021, I caused a true and correct copy of the foregoing Local Civil Rule 7.1 Disclosure Statement to be duly served upon all parties in this action as listed below via electronic mail and United States Postal Service first class mail, postage prepaid:

Robert J. Nahoum, Esq.
The Law Offices of Robert J. Nahoum, P.C.
48 Burd Street, Suite 300
Nyack, New York 10960
rjn@nahoumlaw.com

*Attorneys for Plaintiff*

-and-

Ella Zalkind, Esq.
Beress & Zalkind PLLC
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Email: ezalkind@bzlawgroup.com

*Counsel for Defendants Hillside Auto Mall Inc. d/b/a Hillside Auto Outlet and Liberty Autoland Inc.*

Dated: New York, New York
September 1, 2021

    /s/ Philip A. Goldstein
Philip A. Goldstein

*Attorneys for Defendant Capital One*

149531080_1